■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AGRIPINO ROSARIO, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered January 22, 1976, convicting him of criminally negligent homicide, after a nonjury trial, and imposing sentence. Judgment affirmed. The evidence was sufficient to establish defendant's guilt beyond a reasonable doubt (see *People v Haney,* 30 NY2d 328). Cohalan, Acting P. J., Hawkins, Suozzi and Mollen, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY VARISCO, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Westchester County, rendered June 11, 1976, convicting him of assault in the first degree, upon a jury verdict, and imposing sentence. Judgment affirmed. This case is remitted to the Supreme Court, Westchester County, for further proceedings pursuant to CPL 460.50 (subd 5). The proof of the defendant-appellant's guilt was overwhelming. One sentence of the Trial Judge's charge to the jury concerning the definition of "recklessly" was inadequately worded and, standing by itself, was erroneous. However, in the context of the entire charge on that subject, the error, if any, was *de minimis,* particularly in the light of the overwhelming proof of guilt (see *People v Crimmins,* 36 NY2d 230; *People v Ketchum,* 35 NY2d 740). The Trial Judge's charge pertaining to conduct "evincing a depraved indifference to human life" and "intoxication" was not in error. We further note that defense counsel took no exception regarding these aspects of the charge, and did not request any further instructions with respect thereto. Cohalan, Acting P. J., Margett, Damiani and Mollen, JJ., concur.

■ In the Matter of SEENA CAPPETTA Appellant. JOHN J. SANTUCCI, as District Attorney of Queens County, Respondent.—In proceedings to quash, modify or vacate two subpoenas duces tecum, petitioners appeal from two orders of the Supreme Court, Queens County, both dated March 17, 1977, which denied their respective applications. Orders affirmed, without costs or disbursements, upon the opinions of Mr. Justice Dubin at Criminal Term. Hopkins, Acting P. J., Margett, Damiani and Rabin, JJ., concur.